# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

RYAN WALTON,

                Defendant.

JUDGMENT

Case Number: 2:12-cr-00311-APG-PAL

(Related case: 2:20-cv-1100-APG)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff against Defendant. IT IS FURTHER ORDERED that Walton is granted a certificate of appealability.

3/12/2021
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk