**SoUNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>RYAN WALTON,<br><br>    Defendant | Case No.: 2:12-cr-00311-APG-PAL<br><br>**Order Granting Motion to Withdraw and Appointing New Counsel**<br><br>[ECF No. 78] |

   I ORDER that the motion to withdraw as counsel **(ECF No. 78) is GRANTED**. Thomas L. Qualls, Esp. is withdrawn as attorney for defendant Ryan Walton.

   I FURTHER ORDER the clerk of court to contact the CJA clerk for the appointment of new counsel for defendant Ryan Walton to determine whether to appeal my order denying him relief under 28 U.S.C. § 2255. *See* ECF No. 76.

   DATED this 5th day of April, 2021.

   _____
   ANDREW P. GORDON
   UNITED STATES DISTRICT JUDGE